U.S. Crt. of Appeals 3rd. Circuit
601 Market St Phila. PA. 19106
215-597-2995

Michael Robinson

V

City of Shamokin
et, al.

Case # CV- 23-1612

RECEIVED
MAY 15 2023
U.S.C.A. 3rd. CIR

Attention to All Defendants

I have filed my appeal as of 5/1/23 I state Malfeasance and Cover-UP. Civil Voting Rights Violations Ect. All part of the Record Here CV-23-1612

Plaintiff Pro Se.
Michael Robinson
66 Buckhorn Rd.
Bloomsburg PA 17815

Pro Se 00045
570-983-7167

pg. 1 of 7

§ Brief in Support of Appeal §

1. I put forward case # CV 23-1612

2. Statements, Evidence, Case law "on the record."

3. Proof of Harm I claim I state.

(A) There is Proof Beyond a Doubt

   1. My Civil Rights where violated As stated in Case CV-22-00045

4. you have to be a fool not to see I deserve my day in Court with the papers Put forward.

5. Docket my Case for Trial.

6. Not To List My Case Is A Crime Against Me....

7. A Further Violation of my "Due Process Under law Right."

8. It's Clear to See my Civil Rights are and have been Violated by this Judicial System as we speak Na!

Pg. 2 of 7

9. I state a claim I have been Harmed the victem of Civil Rights Violations to be clear (As follows)

10. All Defendants listed have violated me both civilly also Criminally

11. Each Has Conspired against me. Stolen my Rights iN a Consperacy

12. If only acting as part of a system working towards the same Goal, But not even Related but still work to the same ends is Conspevacy under the Color of law both civil and Criminal (Law stated within Case CV 22-0045 and Now CV-23-1612

13. All Defendants et.al. espeially D/A Anthony Matulewicz and Det. Devgg Stark these 2 Defendant where my Political Rivals/Enimies well awhare of Criminal Charges I have filed against them.

14. Charges under investigation on going now as of 5/8/23 as I writer this Brief

15. PA. Attorney Gen. Spec. Investigator "David Soicchitan" is investigating charges including But Not limited to:

16. ① False Arrest ② False Imprisonment ③ Kidnapping to list only a few.

17. I state my Political Enimies and there associates Conspired to:

18. Keep me off the Campain Trail By falsely arresting me. Placing me behind the Bars of a Prision NCP Jail

19. Designed to stop me from Campaining

    1. Exsposing the Crimes they Comitted
       A. and Ruining there chances to win Election
       B. Running my own Campaign and win seat myself in the Election !!!

20. I got votes In 2 seperate Elections
    1. "I was Behind Bars" and still got votes in the 2nd Election

Pg. 4 of 7

21. I was in Prision Held falsely on charges; held against my will this as a "Political Prisoner" and violates 18 U.S.C. § 241, This violation made it so I couldn't even vote for myself. My Fundimental Right Gauranteed by the Founding Fathers of our Country

22. How Dare you say I haven't stated a claim of harm. OMG! 18 USC 242 they misused there office there Power and position to Do this to me. Proof I was Released From Prision "RoR" the Day after the Election OMG! Really!!!!!

23. The 15th Amendment protects my Right to vote

24. 24th Amendment sec. 1 was violated By my Political Foes............(Period) Get it!

25. *My Right were stolen From me *
— it's Civil and Criminal —

26. 18 U.S. Code § 594 Intimidation of Voters Comes into Play here ect.

27. I have been Harmed by these Kleptocracy (members of my Government.)

28. Federal Election law pertains to fraud & has been Committed here and Federal Law Provides me protection even if no fed election was part of my Election My "Fight" to "vote" was stolen from me "Fraudulanty".

29. False "Fraudulent" Arrest Ect.

"I demand my Day In Court."

30. Inform All Defendants that Discovery Is Coming In this Case CV-23-1612

Respectfully Submitted

P.S. "I won".

2 seperate 600 violations Both, State of PA law — Criminal and Civil Also Federal 14th and 6th Amendment violations Are we Clear this is all part of the record, I state and Claim Harm! "Look at the Record" Has anybody even ever looked at my Claims?

pg 6 of 7

**FROM:**

Michaeal Robinson
66 Buckhorn Rd.
Bloomsburg, PA 17815



RECEIVED
MAY 1 5 2023
U.S.C.A. 3rd. CIR

U.S.M.S.
X-RAY

**TO:**

US crt.
601
Phila

**Utility Mailer
10 1/2" x 16"**

of Appeals  3Rd. Cirt.
Market  St.
 PA. 19106