UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1612
_____

MICHAEL ROBINSON,
                                        Appellant

v.

CITY OF SHAMOKIN, PA; NORTHUMBERLAND COUNTY; ANTHONY
MATULEWICZ, Northumberland County, D.A.; DEGG STARK; LAURA JAMES
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 4-22-cv-00045)
District Judge:  Honorable Jennifer P. Wilson
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 18, 2023

Before:  SHWARTZ, BIBAS, and MONTGOMERY-REEVES, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District

Court for the Middle District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on July 18, 2023.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court

entered March 24, 2023, be and the same is hereby affirmed. All of the above in

accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: August 3, 2023