U.S.C. of Appeals PA 3rd C.   8/14/23

Michael Robinson
         Plaintiff
   vs.
City of Shamokin
   et al.
         Defendant

Case # 23-1612

RECEIVED AUG 21 2023

(Motion to Rehear)

I motion the Court to Rehear this Case due to violations of my Due Process under the law as stated in Brief.

Michael Robinson
Plaintiff

8/14/23

Michael Robinson     Case # 23-1612

vs.

City of Shamokin    DC case # 4-22-CV-00045

et al.

"Re-Hearing" Brief

I Ask For a Rehearing Base Upon Violations of My Civil Right to Due Process. under the law 14th Amendment violation and Violations of 42 U.S.C. §1983

① My Rights to Due Process have been violated By the US Appeals Court 3rd Dist. PA.

    A. Ignored ORDERS filed timely to stay (case.) This Case 23-1612
       1. Didn't even address order

    B. Ignored ORDER filed timely to Appoint Council According to law 18 USC. §3006A(a)
       1. Didn't even address order

pg 1 of 5

② This is a 1983 Case

③ As stated A 600 Rule Crim PA Violation of State of PA law <u>was</u> Found in My Favor. (2xs) Twice /seperately

A. Deffendants are Guilty here of Crimes Against me.

1. The Court of PA has found this and Ruled in My favor this Court has Proof of this violation of My Rights 14th and 6th Amendments Violations Blaintent and TRUE. The State of PA Failed to Appeal in a timely Manor Here and lost this Case to Me the other is on Appeal Now.

④ Deffendants lost 2 Cases to Me law violations 600 crim PA. Failure to Get My Case to Court in A speedy Manor years went By my Due Process violated Ect. Ect. Ect.

1. The State of PA Appealed the 2nd WIN and is waiting for a Ruling of the PA Appeals Court.

Pg 2 of 5

5) This Case is Active and Because I was Charged criminally in this Case being actively Appealed Not by me, I won my Court Battle. They lost to me. I reiterate they appealed there loss of this 600 crime violation of my Civil Rights 14th Amendment and 6th Amendment on the Federal level.

1. On The state level a violation of the 600 crime. PA law is a Criminal act Perpitrated against me here by the Defendants of this Case.

6) My Right to My Property has been taken from me by the Defendants of this Case a clear violation by the Defendants of this Case a 14th amendment violation but not only they have violated me's under the RICO Act 600 Rule law also in doing so. It's clearly Racketeering

Pg. 3 of 5

(7) This Court Is victimizing me. I'm learning Disabled.

(8) The Court mocks me as if I'm an essperienced pro se like I'm an espert at the law because I have been fighting for my Rights under the law against these same defendants for going on (9) years Now and this Court allows them to get away with it. Because it won't provide me an Attorney My Rights Are being violated I'm the victem of this Court.

(9) I need an Attorney to essplain the law to me I'm Illiterate and don't understand the law.

(10) My Rights to Due Process are Being Violated By this court and it's ongoing..

pg 4 of 5

⑪ Appoint me an Attorney as I can't afford one myself.

⑫ Set a Court Date so the Defendant can Reply to my Alligations of the Crime and Rights violations that I accused them of.

Submitted

Michael Robinson
8/9/23

<!-- signature -->

Pg 5 of 5

U.S.M.
X-RAY

U.S. Court of Appeals 3RD C.
601 Market St.
Phila. PA. 19106

Michael Robinson
60 Buckhorn Rd
Bloomsburg PA 17815

RECEIVED
AUG 21 2023
U.S.C.A. 3rd CIR