UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1612
_____

MICHAEL ROBINSON,
        Appellant

v.

CITY OF SHAMOKIN, PA; NORTHUMBERLAND COUNTY; ANTHONY MATULEWICZ, Northumberland County, D.A.; DEGG STARK; LAURA JAMES
_____

(D.C. Civil Action No. 4:22-cv-00045)
_____

**SUR PETITION FOR REHEARING**
_____

Present: CHAGARES, <u>Chief</u> Judge, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, and CHUNG, <u>Circuit</u> <u>Judges</u>

 The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

            BY THE COURT,
            /s/ Tamika R. Montgomery-Reeves
            Circuit Judge

Dated: September 11, 2023
Sb/cc: Michael Robinson