OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 19, 2023

Mr. Peter J. Welsh
United States District Court for the Middle District of Pennsylvania
Herman T. Schneebeli Federal Building
240 W Third Street
Williamsport, PA 17701

RE: Michael Robinson v. City of Shamokin, et al
Case Number: 23-1612
District Court Case Number: 4-22-cv-00045

Dear Mr. Welsh:

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,

Patricia S. Dodszuweit, Clerk


 By: Stephanie
Case Manager
Direct Dial 267-299-4926

cc: Michael Robinson