PA Fed Crt. of Appeals
3rd Circuit

Michael Robinson
P
V.
Northumberland County
et al.
D.

Case # 23-1612

Chief Judge
Jordan Hardiman



"Motion"

I motion this Court to Give an explanation How this Judge Can rule against my Appeal Being Reheard. There is Blatant violations of the Constitution against me Here explain your self to me
"I motion you to Clearify" your decision to me - His Honor Hardiman. Submitted

Michael Robinson
Pro Se 23-1216

9/18/23

Michael Robinson
66 Buckhorn Rd.
Bloomsburg PA 17815

RECEIVED
SEP 18 2023
U.S.C.A. 3rd. CIR

U S C of Appeals 3RD. Circuit
601 Market St,
Philadelphia PA 19106

Attn: Case Manager
James, 703-1612