UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1612
_____

MICHAEL ROBINSON,
              Appellant

v.

CITY OF SHAMOKIN, PA; NORTHUMBERLAND COUNTY; ANTHONY MATULEWICZ, Northumberland County, D.A.; DEGG STARK; LAURA JAMES

(M.D. Pa. No. 4:22-cv-00045)

Present: SHWARTZ, BIBAS, and MONTGOMERY-REEVES, <u>Circuit Judges</u>

1.     Motion by Appellant to Clarify

                               Respectfully,
                               Clerk/sb

_____ORDER_____

The foregoing motion to clarify is DENIED.

                               By the Court,

                               <u>s/ Tamika R. Montgomery-Reeves</u>
                               Circuit Judge

Dated: October 2, 2023